

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00885-CV

**IN THE INTEREST OF A.S.A.** and A.S.A., Minor Children

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1794-CV-C
Honorable Thomas Nathaniel Stuckey, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford to pay costs of court. No costs are taxed in this appeal.

SIGNED April 24, 2019.

_____
Patricia O. Alvarez, Justice